**Motion for Rehearing Granted, Memorandum Opinion filed March 11, 2014, Withdrawn, Appeal          Reinstated, and Order filed March 27, 2014**

In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-01025-CV

————————

**JOE HENDERSON, Appellant**

**V.**

**THE CITY OF HOUSTON, Appellee**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2010-19546**

### ORDER

On March 11, 2014, this court issued an opinion dismissing this appeal for want of prosecution. On, March 14, 2014, appellant filed a motion for rehearing and his brief. The motion for rehearing is **GRANTED**.

This court's opinion filed March 11, 2014, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM